# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBARTSUM MAYTESYAN, DDS, <br><br> Plaintiff, <br><br> vs. <br><br> STANDARD INSURANCE COMPANY and, DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:16-cv-09614 CAS (SSx) <br><br> **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-09614 CAS (SSx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: June 5, 2017

*/s/ Christina A. Snyder*
Hon. Christina A. Snyder
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

156845.1

1

Case No. 2:16-cv-09614 CAS (SSx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE